IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DEANTWAN M. ALLEN, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-023 |
| | ) | |
| J. WHITE, Warden; J. BEASLEY, Deputy Warden/Security; T. KEITH, Deputy Warden/Care & Treatment; A. HUNT, Unit Manager; K. THOMAS, Unit Manager; COUNSELOR WILCOX; CAPTAIN FULLER; LIEUTENANT EDWARD; SERGEANT MOORE; SERGEANT ROBINSON; SERGEANT CLARK; CORRECTIONS OFFICER POPE; CORRECTIONS OFFICER JOHNSON; CERT TEAM OFFICER McKENZIE; CERT TEAM OFFICER WILCOX; CERT TEAM SERGEANT TILLMAN; and NURSE JACKSON, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's request for injunctive relief, (doc. nos. 4-1, 4-2).

SO ORDERED this 25th day of April, 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE