IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DEANTWAN M. ALLEN, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 322-023 |
| ) | |
| JERMAINE WHITE, Warden; JACOB ) | |
| BEASLEY, Deputy; Warden/Security; ) | |
| TONYA KEITH, Deputy Warden/Care & ) | |
| Treatment; ARLENE HUNT, Unit Manager; ) | |
| KAREN THOMAS, Unit Manager; ) | |
| COUNSELOR MS. WILCOX; CAPTAIN ) | |
| FULLER; LIEUTENANT KELLOM; ) | |
| LIEUTENANT EDWARD; LIEUTENANT ) | |
| CLARK; SERGEANT VANESSA MOORE; ) | |
| SERGEANT ROBINSON; CORRECTIONS ) | |
| OFFICER POPE; CORRECTIONS ) | |
| OFFICER JOHNSON; CERT TEAM ) | |
| OFFICER McKENZIE; CERT TEAM ) | |
| OFFICER WILCOX; CERT TEAM ) | |
| SERGEANT TILLMAN; and MS. ) | |
| JACKSON, Registered Nurse, ) | |
| ) | |
| Defendants.[1] ) | |

**O R D E R**

On March 25, 2022, the Court granted Plaintiff, an inmate at Telfair State Prison, permission to proceed *in forma pauperis* ("IFP") conditioned on his return of a Prisoner Trust Fund Account Statement and Consent to Collection of Fees form. (See doc. no. 5.)

---

[1] The Court **DIRECTS** the **CLERK** to update the names and titles of Defendants on the docket in accordance with the caption of this Order, which is consistent with the amended complaint. (See doc. no. 9, pp. 12-13.)

Plaintiff has returned his Consent to Collection of Fees form, (doc. no. 10), and he states prison officials will not return the Trust Fund Account Statement he provided to them. (See doc. no. 9, p. 17.)

Plaintiff cannot proceed IFP unless he submits the requisite Trust Fund Account Statement and consents to the collection of the entire $350.00 filing fee in installments. Wilson v. Sargent, 313 F.3d 1315, 1319-20 (11th Cir. 2002). Plaintiff shall have until May 20, 2022, to submit the required Prisoner Trust Fund Account Statement signed by an authorized prison official. Failure to return the required paperwork will be an election to have this case dismissed without prejudice.

To ensure that prison officials have received the Trust Fund Account Statement, the Court **DIRECTS** the **CLERK** to serve this Order on Plaintiff's custodian and to include a Prisoner Trust Fund Account Statement with that service copy. The Court is confident that prison officials will expeditiously fill out the form and return it to Plaintiff. Plaintiff must then return the Trust Fund Account Statement to the Court by no later than May 20, 2022.

SO ORDERED this 28th day of April, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA