IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

DEANTWAN M. ALLEN, SR.,                    )
                                           )
            Plaintiff,                     )
                                           )
      v.                                   )          CV 322-023
                                           )
JERMAINE WHITE, Warden; JACOB              )
BEASLEY, Deputy; Warden/Security;          )
TONYA KEITH, Deputy Warden/Care &          )
Treatment; ARLENE HUNT, Unit Manager;      )
KAREN THOMAS, Unit Manager;                )
COUNSELOR MS. WILCOX; CAPTAIN              )
FULLER; LIEUTENANT KELLOM;                 )
LIEUTENANT EDWARD; LIEUTENANT              )
CLARK; SERGEANT VANESSA MOORE;             )
SERGEANT ROBINSON; CORRECTIONS             )
OFFICER POPE; CORRECTIONS                  )
OFFICER JOHNSON; CERT TEAM                 )
OFFICER McKENZIE; CERT TEAM                )
OFFICER WILCOX; CERT TEAM                  )
SERGEANT TILLMAN; and MS.                  )
JACKSON, Registered Nurse,                 )
                                           )
            Defendants.                    )
                                    _____

**O R D E R**
                                    _____

      Plaintiff, incarcerated at Telfair State Prison in Helena, Georgia, commenced this case

pursuant to 42 U.S.C. § 1983.  The matter is now before the Court on Plaintiff's request to

voluntarily dismiss his case.  (Doc. no. 13.)  As no Defendant has filed an answer or a motion

for summary judgment, according to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may dismiss his

case without an Order from the Court.  Therefore, the Court **DIRECTS** the Clerk to **DISMISS**

this civil action without prejudice and terminate all pending motions and deadlines.

SO ORDERED this 17th day of May, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2